# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 30, 2007

132660

RODNEY HOOVER, Individually, and as
Conservator of the Estate of Michael
Hoover, a minor, and MAXINE HOOVER,
          Plaintiffs-Appellees,

v

MICHIGAN MUTUAL INSURANCE
COMPANY, a/k/a AMERISURE,
          Defendant-Appellant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 132660
COA: 269206
Genesee CC: 86-085769-NZ

On order of the Court, the application for leave to appeal the September 14, 2006 order of the Court of Appeals is considered and, pursuant to MCR 7.302(G)(1), in lieu of granting leave to appeal, we REMAND this case to the Court of Appeals for consideration as on leave granted.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 30, 2007

_____
Clerk

p0523